Walsh

# United States District Court

## __NORTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

GARY R. KLINE
DOB: 09/27/1955
2945 Mills Road, Montour Falls, NY

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:05-MJ-379
(DEP)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On September 22, 2005 in the Northern District of New York, the defendant, GARY R. KLINE, wilfully injured and damaged, and attempted to injure and damage, property of the United States of America, that is, the Federal Building and Courthouse located at 15 Henry Street, Binghamton, New York, by throwing and splattering a red liquid substance believed to be blood on the building, thereby causing injury and damage to property, and attempting to cause injury and damage to property, in violation of Title 18, United States Code, Section 1361.

I further state that I am a __Federal Protective Services Special Agent__ and that this complaint is based on the following facts:

On Thursday, September 22, 2005, I observed GARY R. KLINE, dob: 9/27/55, sitting on steps immediately below a column of the Federal Building and Courthouse located at 15 Henry Street, Binghamton, NY. Kline appeared to have blood on his hands and clothing, and there was a large stained area of what appeared to be blood on the stone column behind Kline. Kline subsequently admitted that he poured a container containing his blood on the stone column. Approximately $625.45 in costs were incurred to clean the blood stain from the Federal Building. All in violation of Title 18, United States Code, Section 1361.

Special Agent Richard Jackson
Complainant

Sworn to before me, and subscribed in my presence,

September 30    2005                 at        Syracuse, New York
Date                                              City and State

David E. Peebles
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer